**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY – COVINGTON DIVISION**

| | | |
|---|---|---|
| **SEBASTIAN ERNST** | : | Case No. 2:25-cv-00108-DCR |
| Plaintiff | : | |
| v. | : | |
| **CITY OF FALMOUTH, *et al*.** | : | |
| | : | |
| Defendants | | |

**STIPULATION OF DISMISSAL OF INDIVIDUAL DEFENDANTS WITH PREJUDICE**

Plaintiff dismisses all claims against Defendants Marty Hart, Sabrina Hazen, Broderick Shmeing, Kyle Florer, and Ken Hall with prejudice, pursuant to FRCP 41(a)(1)(A).  The City of Falmouth remains a Defendant as terms of a settlement are consummated.

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)
Chris Wiest, Atty at Law, PLLC
50 E. Rivercenter Blvd, Suite 1280
Covington, KY 41011
513/257-1895 (v)
chris@cwiestlaw.com
**Attorney for Plaintiff**

Have seen and agree:

/s/Jeffrey C. Mando
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing upon all counsel for the Defendants, this 21st day of May, 2026 via electronic and ordinary U.S. mail.

/s/ Christopher Wiest_____