**Sebastian Ernst**
May 13 · 🌐

Today, I officially won my federal civil rights lawsuit against the City of Falmouth. Because when the facts came to light, the city's actions were indefensible, and it's why I was just awarded $120,000 by the Kentucky League of Cities. Victory is supposed to be sweet, but this one tastes bitter.

From the very beginning, I told the truth. Not just about the facts of this case, but everything else leading up to it. My impeachment, just like this arrest, was the result of unlawful political theater meant to change your opinion of me, undo the results of a local election, and prevent my ideas from becoming reality. Nothing else.

We know that because despite multiple warnings from both the city and county attorney, they ignored this advice and violated my rights willfully, and then lied publicly about the circumstances surrounding my arrest in an attempt to turn public opinion against me.

I am a United States Marine. And Marines do not retreat when faced with opposition. We dig in, stand our ground, and hit back twice as hard. And that is why we win. But this victory is not mine. It belongs to every citizen who has ever felt ignored, silenced, or abused by people in positions of authority. It is proof that if you stand up for what is right, you will win.

To everyone who spoke up and stood with me during this fight, thank you. To my attorneys, Chris Wiest and T.J. Roberts, thank you for taking this case and standing firmly for the truth.

And as your next Judge Executive, I promise you this. I will always stand with the people. I will fight corruption, abuse of power, and political intimidation no matter the personal cost. I will be your ally in a system that has forgotten who it is supposed to serve.

The people of Pendleton County have the opportunity to bring this chapter of decline to its rightful end. It is time to turn the page and end this cycle of failure. Early voting starts tomorrow and the primary election is on Tuesday, May 19th.

The choice is now yours.



(Photo is AI generated) **See less**



**Exhibit A**