**TJ Roberts** ✔

May 13 · 🌐

It's been an honor to represent Mr. Ernst with Chris Wiest!  Sebastian was illegally arrested for attending a city council meeting in an effort to smear him.  I'm happy we were able to come to a conclusive settlement that vindicates his rights. See less



ERNST
V.
CITY OF FALMOUTH

 **Sebastian Ernst**

May 13 · 🌐

Today, I officially won my federal civil rights lawsuit against the City of Falmouth. Because when the facts came to light, the city's actions were indefensible, and it... See more

👍 59          💬 1          ↗ 3

**Exhibit B**