**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**
**CASE NO. 2:25-CV-00108-DCR**

**SEBASTIAN ERNST** **PLAINTIFF**

**v.**

**CITY OF FALMOUTH, *et al.*** **DEFENDANTS**

---

## JOINT STATUS REPORT

---

The parties, by and through counsel, and pursuant to the Court's Order (R. 7), report that Plaintiff's Motion to Enforce Settlement Agreement and for Attorney Fees (R. 23) has been fully briefed and referred to the Magistrate for a Report and Recommendation. All other matters have been resolved and all claims against the individual Defendants have been dismissed.

Respectfully submitted,

***/s/ Jeffrey C. Mando***
Jeffrey C. Mando, Esq. (#43548)
Casmir M. Thornberry, Esq. (#100623)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY 41011
p: 859.394.6200 | f: 859.392.7200
jmando@adamsattorneys.com
cthornberry@adamsattorneys.com

*Attorneys for Defendants, Marty Hart, in his individual and official capacity, Sabrina Hazen, in her individual and official capacity, Broderick Schmeing, Kyle Florer, and Ken Hall, in their individual capacities, and the City of Falmouth*

STEPHEN D. WOLNITZEK, ESQ. (78464)
ARNZEN STORM & TURNER, PSC
600 Greenup Street
Covington, KY 41011
swolnitzek@arnzenlaw.com

*Co-Counsel for Defendant Broderick Schmeing*

***/s/ Christopher Wiest (per authorization)***
Christopher Wiest, Esq.
Theodore J. Roberts, Esq.
CHRIS WIEST, ATTY AT LAW, PLLC
50 E Rivercenter Blvd. Ste. 1280
Covington, KY 41011
513.257.1895
chris@cwiestlaw.com

Thomas Bruns, Esq.
BRUNS CONNELL VOLLMAR & ARMSTRONG
4555 Lake Forrest Drive, Ste. 330
Cincinnati, OH 45242
tbruns@bcvalaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the **3rd** day of August, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic notice to: Christopher Wiest, Esq.; Theodore Roberts, Esq.; Thomas Bruns, Esq.; and Steven Wolnitzek, Esq.

***/s/ Jeffrey C. Mando***
Jeffrey C. Mando, Esq.